IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SIMONE CRIBBS,

        Plaintiff,

    vs.

ACCREDITED COLLECTION SERVICE,
INC., AND  BRUMBAUGH &
QUANDAL, P.C.,

        Defendants.

**8:15CV313**

**ORDER**

After conferring with counsel,

IT IS ORDERED:

1)     The deadline for filing motions to dismiss or for summary judgment is extended to September 16, 2016.

2)     The parties' oral stipulation is approved, and the June 10, 2015 and July 2, 2015 letters from Brumbaugh & Quandal, P.C. are admissible at trial.

3)     The pretrial conference and jury trial are continued pending further order of the court.  If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

July 26, 2016.

                        BY THE COURT:

                        *s/ Cheryl R. Zwart*
                        United States Magistrate Judge